UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 1:19-CR-150

v.                                        Hon. Robert J. Jonker

ANTAWAN WILLIAMS,

      Defendant.
_____/

**ORDER OF DETENTION**

      Defendant appeared this date for a detention hearing. For the reasons stated on the record, the Court finds that the defendant has failed to rebut the presumption that there is a condition or combination of conditions that will assure the safety of the community or the defendant's appearance at trial.

      Accordingly, pending trial in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      **IT IS SO ORDERED**.

Dated: August 9, 2019                                  /s/ Ray Kent
                                                              United States Magistrate Judge